UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

ABC Bus Leasing, Inc., a Florida
corporation,

                              Plaintiff,

vs.                                    ORDER ADOPTING
                                   REPORT AND RECOMMENDATION

Traveling in Style (TIS) Inc., a New
York corporation; Joseph McMillian;
Albertha Corneille; R.V. Williams
Jackson; Jasper Lowry; Roger McMillian;
Marie Blanchard-Green; and Dorothy
Jones Davenport, individually,

                              Defendants.

* * * * * * * * * * * * * * * * *

Traveling in Style (TIS) Inc., a New
York corporation;

                              Third-Party Plaintiff,

vs.
ABC Bus, Inc., a Missouri corporation;
and Frank Sorvino,

                              Third-Party Defendant.       Civ. No. 06-4819 (PJS/RLE)

* * * * * * * * * * * * * * * * *

     Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED**:

1.       That the Motion of ABC Bus Inc. and Sorvino to Compel Arbitration, and Dismiss Under Rule 12(b) [Docket No. 30], is granted, in part, as more fully detailed in the text of the Report and Recommendation.

2.       That the Motion of TIS, and the TIS Individual Defendants, to Compel Arbitration, or in the alternative, to Stay Pending Arbitration [Docket No. 46], is granted, in part, as more fully detailed in the text of the Report and Recommendation.

3.       That this action is stayed, as to the claims not subject to binding arbitration, until such time as an arbitration award has been rendered.


Dated: 9/17/07                                                       s/Patrick J. Schiltz
                                                                     Patrick J. Schiltz, Judge
                                                                     United States District Court