UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

ABC Bus Leasing, Inc., a
Florida corporation,

        Plaintiff,

        vs.

Traveling in Style (TIS) Inc.,
a New York corporation; Joseph
McMillian; Albertha Corneille;
R.V. Williams Jackson; Jasper
Lowry; Roger McMillian; Marie
Blanchard-Green; and Dorothy
Jones Davenport, individually,

        Defendants,

   and

Traveling in Style (TIS) Inc.,
a New York corporation;

        Third-Party Plaintiff,

        vs.

ABC Bus, Inc., a Missouri corporation;
and Frank Sorvino,

        Third-Party Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION
AND ORDER TO SHOW CAUSE

Civ. No. 06-4819 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, IT IS HEREBY ORDERED THAT:

1. The stay in this matter [Docket No. 70] is lifted.

2. Defendant and third-party plaintiff Traveling in Style (TIS) Inc. must appear through counsel on November 6, 2009 at 9:30 a.m. in Courtroom 7B of the Warren E. Burger United States Courthouse in St. Paul, Minnesota to show cause why it should not be held in civil contempt for failure to comply with the Court's directives to timely pursue arbitration. Failure to comply with this order may result in the imposition of sanctions against Traveling in Style (TIS) Inc., including, but not limited to, an award of attorney's fees to any party aggrieved by Traveling in Style (TIS) Inc.'s failure to pursue arbitration and dismissal of Traveling in Style (TIS) Inc.'s claims that were ordered to be arbitrated.

Dated: October 23, 2009

 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge